UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
ROSALIND M MOORE

CASE NO. 07-58370-WSD  
CHAPTER 13 PROCEEDINGS  
HON. WALTER SHAPERO.DETROIT

Debtor

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| ROSALIND M MOORE<br>33 WHITE STREET<br>ECORSE, MI 48229-0000<br>SSN: XXX-XX-0359 | N/A | N/A | DEBTOR REFUND | 1381914 | 6/27/11 | $ 1,490.98 |

DATED: July 06, 2011

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100  
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0758370 00000 017414 1381914
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 06/27/2011　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Check No: 1381914
Payee: CLERK OF US BANKRUPTCY COURT

| 0758370 | ROSALIND M MOORE | | | 1,490.98 | 0.00 | 1,490.98 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.　　CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
535 Griswold St, Ste 111-615
Detroit, MI 48226
(313)967-9857

64-79
611

CHECK NO. 1381914
SunTrust Bank

FOR ROSALIND M MOORE
BK:0758370 ACCT:
PRIN: 1,490.98　INT:　0.00

DATE Jun 27, 2011
AMOUNT
******1,490.98

PAY **$1,490.98**

One Thousand Four Hundred Ninety And 98 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $1,490.98
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

07-58370-wsd　　Doc 44　　Filed 07/07/11　　Entered 07/07/11 09:27:25　　Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　　　CASE NO. 07-58370-WSD
ROSALIND M MOORE　　　　　　　　　　　　CHAPTER 13 PROCEEDINGS
　　　　　　　　　　　　　　　　　　　　　HON. WALTER SHAPERO.DETROIT
　　　　　Debtor
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**MARSHALL D SCHULTZ**
**24100 SOUTHFIELD RD #203**
**SOUTHFIELD, MI  48075**

**Last Known Address for Debtor:**

**ROSALIND M MOORE**
**33 WHITE STREET**
**ECORSE, MI  48229**

DATED: July 06, 2011　　　　　　　　　　　/s/ TAMMY L. TERRY
　　　　　　　　　　　　　　　　　　　　TAMMY L. TERRY, STANDING
　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　　535 GRISWOLD
　　　　　　　　　　　　　　　　　　　　SUITE 2100